George Edward Sisk

vs

Cimmron Corr. Fcil.

CIV-21-141-G

**FILED**
FEB 22 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## 42 USC 1983 Civil Claim

1  Petitioner George E. Sisk was sent to Cim.
2  Corr. Facility on 1/29/2021... Once entering
3  the Facility with other Inmates. Inmates started complaing
4  about the top bunks was to high to get on. Inmates
5  started jumping from the table as we where offered
6  from the Corr. Staff, or to use a chair. Some inmates
7  ev fell to the floor trying to jump from the tables.
8  Other Inmates get help from cellmates. If we can't
9  get on the bunks then we will sleep on the floor
10 which most times the cell is with three inmates.
11 These bunks needs ladders and this is an urgent
12 move that must be Made. Inmates are not trying to
13 be housed on the floor while other Inmates are
14 in bunks. Inmates are starting to take a stand against
15 the Gourds which is a threat to the Facility staff
16 and other inmates this is immenant danger which
17 must be addressed. Please make an injuctive relief
18 to south this situation before this gets any father.
19 This is a tort on this facility, and a lot of us inmates
20 have mental illnesses trying to jump on the top bunk

21    Petitioner was sent from MCC (New York) to be placed
22 here to await to be sent back to Indianapolis, Indiana. Petitioner
23 along with other inmates had to wait on the Plain to arrive
24 which was a two hour wait. Petitioner and other inmates

25 left MCC at or around 7:00AM and boarded the
26 plain about 10:00AM. Once on the Plain inmates had to
27 piss (use the rest Room) The officers allowed inmates
28 to use the Rest Room with handcuff and shakles
29 on with cass cuts in the wrist; Petitioner then had
30 to eat a sake lunch with hands cuffed and
31 shakled which causes cuts in wrist as well. Once
32 the plain landed inmates about or around 6pm or 7pm
33 inmates had to take a ride on a bus for 2 hours
34 then once making it to the facility inmates had
35 to sit on the bus for another 2 hours or so with-
36 out any rest room brakes.

37   Petitioner was prescribed medication from MCC by
38 Dr. MBahWY. Once leaving the facility at MCC I
39 was told by officers that I had medication and
40 they would be sent with me. Now that I've been
41 here for three days the medical staff has not sent
42 me any medication. I've asked why I'm not receiving
43 medication the officers state that the facility the
44 facility did prescribe medication but nothing is on
45 the cart. And that they can not find the other
46 part of the paper but I am suppose to take
47 medication. Petition was sent to MCC for psyc
48 Mental health problems, And pain. Now my
49 Body is in pain and my mind feels like I've
50 been shocked in the brain need my medication
51 can you make an order on an injuctive relief
52 ordering this facility to had out medication which
53 is prescribed.

54       All Acts is done under the Color of Law.

55  Petitioners trays for food has not been hot... Everytime
56  food is brought over to the housing unit they are cold
57  and they sit out in the day Room over 1 (one) hour
58  each time. Inmates are starting to complain... Complaining
59  turns into inmates refussing to lock down. Food gets
60  passed out through a line that inmates form. All
61  we (inmates) have to say is a cell number and
62  receive a tray. there is no Id's required to re-
63  ceive these trays and some of us inmates has to wait
64  on trays for hours at a time. Sometimes even have
65  to eat different meals because of the delay. This
66  facility needs to get the chow line more orgized
67  so that inmates will have their food at a
68  timely manner and that there be inmates with
69  the officers when the food is being made. All the
70  trays are stacked on top of each other. Officers and
71  inmates has to carry the trays up the steps on
72  a cardboard. Please adhere to this dire need of
73  Structure.

74. Petitioner has been here for three (3) days. Since
75. I've (Petitioner) been here I have not seen any law library
76. nore any law library computer that I can use to
77. find legal petition to file to the court. This facility
78. is without access to a Reading library, they say that In-
79. mates are not going to be housed here long enough to
80. use any of those federal requirements so therefore they
81. do without. I'm asking that Inmates be housed here need
82. all those requirements so that we can keep up with the
83. new laws and reading matherial. Hand Book states that
83½. Books can be checkout nothing shows a library.

84. Petitioner has been housed here for over 3 days
85. and the inmates are allowed to watch TV but
86. all channels stay on the same channel as I.E.
87. we have to watch what the staff has to watch.
88. Inmates are not being credited for the good deeds of
89. staying out of trouble. This isn't a max prison
90. where people is doing life, Inmates should have access
91. to outside recreation as well to the gym. The covac 19
92. hasn't been a big problem here since I've been here so
93. outside recreation shouldn't be a problem.

94. Petitioner has been exposed to inmates on a daily with
95. an covac 19 pandimic attacking adults. There are unsafe
96. conditions that they have us in because there is no
97. vaccine thats people can take. Petitioner has had one
98. shot, and on the 11th of Febuary petitioner needs
99. to take another shot. Petitioner is asking that you move
100. this facility with those shots so that we will be prepared
101. for other housing since this is just a holding facility
102. and not a permenate housing. The Government need to have
103. people more safer then that.

104  Petitioner has a pain in his mouth. Petitioner
105  tooth needs filled and the only thing this facility
106  has to offer is IBU's... This facility
107  dental is covered for full dental I'm asking you
108  to have this facility officers take me to an outside
109  dentist to get my teeth filled because of
110  the pain. Its hard to drink cold water.

111  Petitioners 14th Amendment of the US constitution is
112  being violated... Not following Policy & Procedures...

113  Petitioners 8th Amendment is being violated Deliberate
114  Indifference to my mental Illness, Cruel and unusual
115  punishment, Confining petitioner longer then needed...

116  Respondants are in violation of the
117  Rehabilitation Act of a

118  Respondants are In violation of the 10th and 11th Amendment
119  for changing what was written at MCC about medication
120  And the way the prison system is ran under prea law.

121  Respondants committed a Tort under tort claim Act
122  Respondants has also committed Mal Practice for
123  the Acts committed.

124  1) Respondants are being sued in its official
125  capacity...

126  Wherefore, Petitioner request

127  of 700,000 for cause of Action 500,000 for tort
128  under tort claim Act.

121. Petitioner request 10,000,000,000 for the the Act done under the Rehabilitation act.

Petitioner request any other remedy that this court deems appropriate with this court.

George E. Sisk     Thank you
17553N2B

Mr Sisk
2/2/2021