UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE EDWARD SISK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-141-G |
| ) | |
| CIMARRON CORR. FAC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff George Edward Sisk filed this federal civil rights action on February 22, 2021. *See* Compl. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On March 25, 2021, Judge Mitchell issued a Report and Recommendation (Doc. No. 7), in which she recommended that this action be dismissed due to Plaintiff's failure to prosecute and to comply with Court orders. In the Report and Recommendation, Judge Mitchell advised Plaintiff of his right to object to the Report and Recommendation by April 15, 2021. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

The Report and Recommendation was mailed to Plaintiff at the address he provided to the Court. As of this date, Plaintiff has not submitted an objection to the Report and Recommendation or sought leave for additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 27th day of April, 2021.

CHARLES B. GOODWIN
United States District Judge